## 45811. BLAKE v. THE STATE.

QUILLIAN, Judge. The transcript in this case was not filed within the 30 days required by law nor was a request for an extension of time filed within the statutory period. The trial judge denied appellant's request for an extension because such request was not timely presented.

On appellee's motion to dismiss the appeal, and under authority of *Fahrig v. Garrett,* 224 Ga. 817 (165 SE2d 126), the appeal is

*Dismissed. Jordan, P. J., and Evans, J., concur.*

SUBMITTED JANUARY 7, 1971—DECIDED FEBRUARY 5, 1971.

*John N. Crudup,* for appellant.
*Jeff C. Wayne, District Attorney,* for appellee.